March 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE HOWARD GIBBS, Appellant

NO. 14-12-00813-CV                     V.

SONYA HONG GIBBS, Appellee

_____

Today the Court heard the parties joint motion to reverse the order signed by the court below on August 1, 2012. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that all costs incurred by reason of this appeal be paid by Appellant, George Howard Gibbs.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.